Amy F. Sorenson, Esq.
Nevada Bar No. 12495
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
asorenson@swlaw.com

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Erin M. Gettel, Esq.
Nevada Bar No. 13877
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:   (702) 784-5200
Facsimile:   (702) 784-5252
kdove@swlaw.com
egettel@swlaw.com

*Attorneys for Defendant Charter Health Holdings, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ONPOINTE COMMUNITY CARE LV LLC, JWR MANAGEMENT LLC, and JOHN RITTENOUR,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTER HEALTH HOLDINGS, INC.,<br><br>Defendant. | Case No. 2:22-cv-01235-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(SECOND REQUEST)** |

Plaintiffs OnPointe Community Care LV LLC, JWR Management LLC, and John Rittenour (collectively, "Plaintiffs") and Defendant Charter Health Holdings, Inc. ("Defendant" or "Charter") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Charter's deadline to file its response to Plaintiffs' Motion for Preliminary Injunction [ECF No. 8] (the "Motion") from September 13, 2022, to September 15, 2022 for the following reasons:

1.      Plaintiffs filed the Motion on August 23, 2022 [ECF No. 8].

2.      Charter's response to the Motion was originally due on September 6, 2022.

3.      The Parties stipulated to extend that deadline by one week, until September 13, 2022.

4.      The Parties now stipulate to further extend that deadline by two days, until September 15, 2022, to accommodate a medical emergency in the immediate family of Charter's undersigned counsel.

5.      This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, the Parties respectfully request an extension for Charter to file its response to the Motion from September 13, 2022 to and including September 15, 2022.

Dated:  September 13, 2022

CLARK HILL PLLC


By: /s/ Crane M. Pomerantz
    Crane M. Pomerantz, Esq.
    Nevada Bar No. 14103
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, NV 89169

    Haroon Hashmi
    Texas Bar No. 24101876
    Clark Hill PLLC
    901 Main Street, Suite 6000
    Dallas, TX 75202

    *Attorneys for Plaintiffs OnPointe*
    *Community Care LV LLC, JWR*
    *Management LLC, and John Rittenour*

Dated:  September 13, 2022

SNELL & WILMER L.L.P.


By: /s/ Kelly H. Dove
    Amy F. Sorenson, Esq.
    Nevada Bar No. 12495
    SNELL & WILMER L.L.P.
    15 West South Temple, Suite 1200
    Salt Lake City, UT 84101

    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Erin M. Gettel, Esq.
    Nevada Bar No. 13877
    SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

    *Attorneys for Defendant Charter Health*
    *Holdings, Inc.*

**ORDER**

**IT IS SO ORDERED.**

Dated this __13__ day of September, 2022


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -

1

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** by method indicated below:

☐ **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:**  by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:**  by causing personal delivery by, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

■ **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:**  by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

DATED September 13, 2022

_/s/ Maricris Williams_
An employee of SNELL & WILMER L.L.P.

4858-5979-5505