Amy F. Sorenson, Esq.
Nevada Bar No. 12495
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
asorenson@swlaw.com

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Erin M. Gettel, Esq.
Nevada Bar No. 13877
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:   (702) 784-5200
Facsimile:   (702) 784-5252
kdove@swlaw.com
egettel@swlaw.com

*Attorneys for Defendant Charter Health Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONPOINTE COMMUNITY CARE LV LLC, JWR MANAGEMENT LLC, and JOHN RITTENOUR,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTER HEALTH HOLDINGS, INC.,<br><br>Defendant. | Case No. 2:22-cv-01235-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs OnPointe Community Care LV LLC, JWR Management LLC, and John Rittenour (collectively, "Plaintiffs") and Defendant Charter Health Holdings, Inc. ("Defendant" or "Charter") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Charter's deadline to file its response to Plaintiffs' Complaint [ECF No. 1] from September 14, 2022, to September 23, 2022 for the following reasons:

    1.    Plaintiffs filed the Complaint on August 1, 2022 [ECF No. 1].

    2.    Charter was served with the Summons and Complaint on August 24, 2022.

3. Charter's response to the Complaint is currently due on September 14, 2022.

4. The Parties stipulate to extend that deadline to and including September 23, 2022 to allow undersigned counsel adequate time to prepare a response.

5. This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, the Parties respectfully request an extension for Charter to file its response to the Complaint from September 14, 2022 to and including September 23, 2022.

| | |
|---|---|
| Dated: September 14, 2022 | Dated: September 14, 2022 |
| CLARK HILL PLLC | SNELL & WILMER L.L.P. |
| By: */s/ Crane M. Pomerantz* <br> Crane M. Pomerantz, Esq. <br> Nevada Bar No. 14103 <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, NV 89169 <br><br> Haroon Hashmi <br> Texas Bar No. 24101876 <br> Clark Hill PLLC <br> 901 Main Street, Suite 6000 <br> Dallas, TX 75202 <br><br> *Attorneys for Plaintiffs OnPointe Community Care LV LLC, JWR Management LLC, and John Rittenour* | By: */s/ Kelly H. Dove* <br> Amy F. Sorenson, Esq. <br> Nevada Bar No. 12495 <br> SNELL & WILMER L.L.P. <br> 15 West South Temple, Suite 1200 <br> Salt Lake City, UT 84101 <br><br> Kelly H. Dove, Esq. <br> Nevada Bar No. 10569 <br> Erin M. Gettel, Esq. <br> Nevada Bar No. 13877 <br> SNELL & WILMER L.L.P. <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Defendant Charter Health Holdings, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

Dated this  14  day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

■ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

DATED September 14, 2022

*/s/ Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4892-7679-7235