UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OnPointe Community Care LV LLC; JWR Management LLC; and John Rittenour,<br><br>Plaintiffs,<br><br>v.<br><br>Charter Health Holdings, Inc.,<br><br>Defendant. | Case No. 2:22-cv-01235-GMN-DJA<br><br>**Order** |

Amy F. Sorenson, Esq.; Kelly H. Dove, Esq.; and Erin M. Getel, Esq. of the law form Snell & Wilmer, LLP move to withdraw as counsel of record for Defendant Charter Health Holdings, Inc. (ECF No. 46). The Court finds that counsel has sufficiently met the requirements of Local Rule IA 11-6(b).[1] Additionally, no party has opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d). Because it is a corporation, Charter Health Holdings, Inc. must retain counsel to proceed in this action. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel).

**IT IS THEREFORE ORDERED** that Snell & Wilmer's motion to withdraw (ECF No. 46) is **granted.**

---

[1] Local Rule IA 11-6(b) requires that "the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Counsel does not include a certificate of service or explanation that the motion was served on Charter. However, counsel represents that "Charter has been advised in writing of: (1) Snell & Wilmer's withdrawal as counsel; (2) the status of the above-captioned case, and (3) all pending dates and deadlines" and that "Charter agrees with [the request to withdraw] and no longer wishes to be represented by Snell & Wilmer." (ECF No. 46 at 2-3). Given this representation, the Court finds that counsel has sufficiently fulfilled their obligations under Local Rule IA 11-6(b).

**IT IS FURTHER ORDERED** that Charter Health Holdings, Inc. must file a status report regarding its retention of counsel on or before **February 16, 2024.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place Charter Health Holdings, Inc.'s last known addresses on the docket:

**Charter Health Holdings, Inc.**
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**Charter Health Holdings, Inc.**
9660 Haven Ave.,
Rancho Cucamonga, CA 91730

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail this order to Charter Health Holdings, Inc. at the addresses listed above.

DATED: January 17, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE