UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ON POINTE COMMUNITY CARE LV LLC, et al.,<br><br>          Plaintiffs,<br>vs.<br><br>CHARTHER HEALTH HOLDINGS, INC.,<br><br>          Defendant. | Case No.: 2:22-cv-01235-GMN-DJA<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION AND ENTERING CLERK'S ENTRY OF DEFAULT |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 49), of United States Magistrate Judge Daniel J. Albregts, which recommends entering a clerk's entry of default against Defendant Charter Health Holdings, Inc. for failure to comply with his Orders, (ECF Nos. 47, 48).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF

No. 49) (setting a May 16, 2024, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 49), is **ACCEPTED and ADOPTED** in full.

The Clerk of Court is kindly instructed to enter a clerk's entry of default against Defendant Charter Health Holdings, Inc.  Plaintiffs shall have until Monday, June 10, 2024, to file a motion for default judgment with a proposed order attached.

Dated this __20__ day of May, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court